**IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Michael Fuggitti | * | |
| **Plaintiff** | * | |
| v. | | |
| | * | **Case No. 1:24-cv-02617-BAH** |
| Evolved Events, LLC, *et al.*, | | |
| | * | |
| **Defendants** | | |
| _____/ | | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Michael Fuggitti, along with Defendants, Evolved Events, LLC, *et al.*, by and through their respective undersigned counsels, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Court's Order Approving the Settlement Agreement (ECF Doc. 26), file this Joint Stipulation of Dismissal With Prejudice of all Plaintiffs' claims in this case.

WHEREFORE, Plaintiffs and Defendants agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of all claims of all Plaintiffs in this lawsuit, with prejudice.

Respectfully submitted,

/s/ *Jordan S. Liew*
Howard B. Hoffman, Esq. (# 25965)
Jordan S. Liew, Esq.  (# 20509)
HOFFMAN EMPLOYMENT LAW, LLC
2400 Research Boulevard, Suite 380
Rockville, Maryland 20850
(301) 251-3752
(301) 251-3753 (fax)
hhoffman@hoholaw.com
jliew@hoholaw.com

*Counsel for Plaintiff*

/s/ *(signed with permission)*
Eric E. McLauchlin (# 26207)
Tracey Dallahan-McLauchlin (# 25333)
Pessin Katz Law, P.A.
4690 Millennium Drive, Suite 200
Belcamp, Maryland 21017
(410) 938-8800
emclauchlin@pklaw.com
tdmclauchlin@pklaw.com

*Counsel for Defendants*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2025, a copy of the foregoing Joint Stipulation of Dismissal with Prejudice, along with any exhibits and other attachments, was filed via the Electronic Case Filing System (ECF) maintained by the U.S. District Court for the District of Maryland, and is available for viewing and downloading from the ECF system.

_/s/_____
Jordan S. Liew